

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00538-CR

Johnny Gonzalez
v.
The State of Texas

On Appeal from the
347th District Court of Nueces County, Texas
Trial Court Cause No. CR15002022-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgments of the trial court should be affirmed as modified by this Court. The Court orders the judgments of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

March 24, 2022